1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Case No.  08mj1818
                                     )
11         Plaintiff,                )
                                     )
12  v.                               )  **NOTICE OF ATTORNEY APPEARANCE**
                                     )
13  FERNANDO CAMPO-ALVARES,          )
                                     )
14         Defendant.                )
                                     )
15  _____  )

16         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                                            Respectfully submitted,

20

21  Dated: June 19, 2008                      /s/ Hanni M. Fakhoury
                                              HANNI M. FAKHOURY
22                                            Federal Defenders of San Diego, Inc.
                                              e-mail: Hanni_Fakhoury@fd.org
23                                            Attorneys for Defendant

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 19, 2008              /s/ Hanni M. Fakhoury
                                  HANNI M. FAKHOURY
                                  e-mail: Hanni_Fakhoury@fd.org

2